# EXHIBIT A

Filing # 194155478 E-Filed 03/15/2024 07:16:54 PM

DIN: 3

IN THE COUNTY COURT OF
THE 6TH JUDICIAL CIRCUIT, IN
AND FOR PASCO
COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO:

KELVIN CLARK,
          Plaintiff,

v.

CONN CREDIT CORPORATION AND EQUIFAX
INFORMATION SERVICES, LLC,
          Defendants.
_____/

## COMPLAINT

Plaintiff, Kelvin Clark (hereinafter "Plaintiff"), by and through his attorneys, the

Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against

Defendants, Conn Credit Corporation ("Conn Credit") and Equifax Information Services,

LLC ("Equifax") alleges as follows:

## INTRODUCTION

1. This is an action for damages which exceed the sum of Eight Thousand One

Dollars ($8,001.00) brought by an individual consumer for Defendants'

violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the

"FCRA") and other claims related to unlawful credit reporting practices. The

FCRA prohibits furnishers of credit information from falsely and inaccurately

reporting consumers' credit information to credit reporting agencies.

## PARTIES

2. Plaintiff, Kelvin Clark, is an adult citizen of Florida.

3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4. Defendant Conn Credit is a national financial services company and "furnisher" of consumer credit information as that term is used in Section 1681s-2 of the FCRA.

5. Defendant Equifax is a limited liability company formed in the State of Georgia that engages in the business of maintaining and reporting consumer credit information, including consumers in Florida.

## JURISDICTION AND VENUE

6. This Honorable Court has jurisdiction and venue over the parties and this cause of action. This civil action arises out of the acts or omissions of the Defendants committed in whole or in part in Pasco County in the State of Florida against individuals in Pasco County, Florida.

7. This Court has personal jurisdiction over all the Defendants in the instant suit who reside or may be found in the State of Florida, or who are doing business in the State of Florida. Additionally, the allegations which caused or contributed to the subject incident occurred within the confines of Pasco County, Florida.

8. Venue is properly established before this Court pursuant to § 47.011, Fla. Stat. (2005), because the present action has been instituted in the county where the defendant resides, where the cause of action accrued, or where the property in litigation is located.

## FACTUAL ALLEGATIONS

9. Defendant Conn Credit issued a credit account ending in 6730 to Plaintiff. The account was routinely reported on Plaintiff's consumer credit reports.

10. The consumer reports at issue are a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

11. On or about September 16, 2021, Plaintiff and Andreu, Palma, Lavin & Solis PLLC, on behalf of Conn Credit, entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached hereto as Exhibit A.

12. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $1,815.00 to settle and close his Conn Credit account.

13. Plaintiff, via his debt settlement representative timely made the requisite settlement payments. A paid in full letter is attached hereto as Exhibit B.

14. However, a year and a half later, Plaintiff's Conn Credit account continued to be negatively reported.

15. In particular, on a requested credit report dated December 20, 2023, Plaintiff's Conn Credit account was reported with a status of "CHARGE OFF," a balance of $799.00 and a past due balance of $799.00. The relevant portion of Plaintiff's credit report is attached hereto as Exhibit C.

3

16. This tradeline was inaccurately reported. As evidenced by the settlement agreement and proofs of payments, the account was settled for less than full balance and must be reported as settled with a balance of $0.00.

17. On or about January 18, 2024, Plaintiff, via counsel, notified Equifax directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Conn Credit account. A copy of this letter is attached hereto as Exhibit D.

18. Therefore, Plaintiff disputed the accuracy of the derogatory information reported by Conn Credit to Equifax via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

19. In February 2024 Plaintiff requested updated credit reports for review. The tradeline for Plaintiff's Conn Credit account remained inaccurate, as Defendants failed to correct the inaccuracy. The relevant portion of the February 2024 credit report is attached hereto as Exhibit E.

20. Upon information and belief, Equifax did not notify Conn Credit of the dispute by Plaintiff in accordance with the FCRA, or alternatively, did notify Conn Credit and Conn Credit failed to properly investigate and delete the tradeline or properly update the tradeline on Plaintiff's credit reports.

21. If Conn Credit had performed a reasonable investigation of Plaintiff's dispute, Plaintiff's Conn Credit account would have been updated to reflect a "settled" status with a balance of $0.00.

22. Despite the fact that Conn Credit has promised through its subscriber agreements or contracts to accurately update accounts, Conn Credit has nonetheless willfully, maliciously, recklessly, wantonly, and/or negligently

failed to follow this requirement as well as the requirements set forth under the FCRA, which has resulted in the intended consequences of this information remaining on Plaintiff's credit reports.

23. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit reports, concerning the account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began.

24. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

25. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

## **CLAIM FOR RELIEF**

26. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

27. Equifax is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

28. Conn Credit is an entity who, regularly and in the course of business, furnishes information to one or more consumer reporting agencies about its transactions

or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

29. Conn Credit is reporting inaccurate credit information concerning Plaintiff to one or more credit bureaus as defined by 15 U.S.C. § 1681a of the FCRA.

30. Plaintiff notified Defendants directly of a dispute on the account's completeness and/or accuracy, as reported.

31. Conn Credit failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the credit bureau within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

32. Conn Credit failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

33. Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, or failed to properly investigate Plaintiff's disputes.

34. Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the account in question, violating 15 U.S.C. § 1681e(b).

35. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, rejection of credit card application, higher interest rates on loan offers that would otherwise be affordable and other damages that may be ascertained at a later date.

36. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorney's fees and costs.

**WHEREFORE,** Plaintiff demands that judgment be entered against Defendants as follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

3. That the Court award costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o; and

4. That the Court grant such other and further relief as may be just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Fla. R. Civ. P. 1.430, Plaintiff demands trial by jury in this action of all issues so triable.

Dated: March 15, 2024

Respectfully Submitted,

**Law Office of Robert S. Gitmeid & Associates, PLLC**

/s/ Thomas Bellinder
Thomas Bellinder, Esq. (Florida Bar No. 65254)
180 Maiden Lane, 27th Floor
New York, NY 10038
Tel: (212) 226-5081
Email: Thomas.B@gitmeidlaw.com
*Counsel for Plaintiff Kelvin Clark*

# EXHIBIT A



**ACCOUNT DETAILS:**

Firm File Number:
2154000484

Original Creditor:

Current Creditor:
CONN APPLIANCES, INC.

Debtor:
KELVIN L CLARK

Balance:
$2,749.13

## SETTLEMENT LETTER

### DATE: September 16, 2021

Dear ▮▮▮▮▮▮▮

This will confirm our arrangement to accept payments toward this account provided that they are regularly made herein. The sum of $1,815.00 shall be paid as what is listed in Exhibit A until paid in full. This letter is contingent on the clearance of all payments made towards the settlement. If any payments made as part of the settlement fail to clear, this agreement will be null and void.

Please include the file number on all correspondence and payments made to ensure proper handling and crediting to the account.

**Upon receipt of your final settlement payment, plus a 15-day waiting period to ensure funds are not returned as non-sufficient, your account will be settled for less than the full balance.**

Thank you for your cooperation in this matter. If you have any questions or wish to discuss this matter in further detail, please feel free to contact me.

Sincerely,

ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ATTORNEYS:**

Juan G. Andreu, Esq.
*Licensed in FL
Richard A. Russell, Esq.
*Licensed in FL, GA, UT &NV
Giancarlo Olano-Lavergne, Esq.
*Licensed in FL & PR
Kristina Moehle, Esq.
*Licensed in FL, NJ & NY
Connell A. Loftus, Esq.
*Licensed in VA & DC
** Of Counsel

**OFFICE ADDRESSES:**

815 NW 57TH AVE., STE. 401
MIAMI, FL 33126-2363

887 DONALD ROSS RD
JUNO BEACH, FL 33408

p. (877) 631-0174
f. (800) 391-2178

email:
HELP@AndreuPalma.com

**Agents of the firm speak
English and Spanish

Feel free to contact our Law Firm to discuss the account:

## ( (877) 631-0174 )



IF YOU PREFER TO COMMUNICATE REGARDING THIS DEBT VIA EMAIL, SEND AN EMAIL TO
HELP@ANDREUPALMA.COM

CALLS TO AND FROM ANDREU, PALMA, LAVIN & SOLIS, PLLC, MAY BE MONITORED AND RECORDED

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# *2154000484*

# EXHIBIT A

This is your payment schedule.
**We strongly encourage setting up automatic payments in order to avoid potential default.**
→Feel free to contact our office for help or questions at **(877) 631-0174 or (877) 229-5972.**
→You can make payments online by going to **www.andreupalma.com**
→You can email us any time at **HELP@andreupalma.com**
**ADDRESS:  ANDREU & PALMA - 887 Donald Ross Road, Juno Beach, FL 33408**

| PAYMENT # | AMT | DUE DATE |
|---|---|---|
| 1 | $50.00 | 9/30/2021 |
| 2 | $50.00 | 10/25/2021 |
| 3 | $171.00 | 11/25/2021 |
| 4 | $171.00 | 12/25/2021 |
| 5 | $171.00 | 1/25/2022 |
| 6 | $171.00 | 2/25/2022 |
| 7 | $171.00 | 3/25/2022 |
| 8 | $171.00 | 4/25/2022 |
| 9 | $171.00 | 5/25/2022 |
| 10 | $171.00 | 6/25/2022 |
| 11 | $171.00 | 7/25/2022 |
| 12 | $176.00 | 8/25/2022 |

**TOTAL NUMBER OF PAYMENTS**          12
**TOTAL AMOUNT OF PAYMENTS**      $1,815.00

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# EXHIBIT B

 **ANDREU, PALMA,
LAVIN & SOLIS, PLLC**

**ACCOUNT DETAILS:**

Firm File Number:
**2154000484**

Creditor:
**Conn Appliances, Inc.**

Account Number:
**XXXXX6730**

Debtor:
**KELVIN L CLARK**

## SETTLED IN FULL ACKNOWLEDGEMENT DATE: September 9, 2022

Dear ▮▮▮▮▮▮

This letter is to confirm that the account listed above has been settled for less than the full balance.

In view of the foregoing, we have closed our file, marked our records accordingly and have forwarded this information on to our client. Please retain a copy of this letter for your records as acknowledgment of the debt being satisfied. This letter is contingent on the clearance of all payments made towards the settlement. If any payments made as part of the settlement fail to clear, this agreement will be null and void.

Thank you for your cooperation.

Sincerely,

ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ATTORNEYS:**

Juan G. Andreu, Esq.
*Licensed in FL
Richard A. Russell, Esq.
*Licensed in FL, GA, UT & NV
Giancarlo Olano-Lavergne, Esq.
*Licensed in FL & PR
Kristina Moehle, Esq.
*Licensed in FL, NJ & NY
Sharon J. Walker, Esq.
*Licensed in FL & GA
Connell A. Loftus, Esq.
*Licensed in VA & DC
** Of Counsel

**OFFICE ADDRESSES:**

815 NW 57TH AVE., STE. 401
MIAMI, FL 33126-2363

887 DONALD ROSS RD
JUNO BEACH, FL 33408

p. (877) 631-0174
f. (800) 391-2178

email:
HELP@AndreuPalma.com

**Agents of the firm speak
English and Spanish



**IF YOU PREFER TO COMMUNICATE REGARDING THIS DEBT VIA EMAIL, SEND AN EMAIL TO
HELP@ANDREUPALMA.COM**

**CALLS TO AND FROM ANDREU, PALMA, LAVIN & SOLIS, PLLC, MAY BE MONITORED AND RECORDED
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**



# EXHIBIT C

## Credit report

Provided by [illegible]



Report date: Dec 20, 2023

## Personal info

Reported names                                      **Kelvin L Clark**

DOB

SSN

Employment info

Addresses                                      Date reported



## Account summary



## Accounts



COHN CREDIT CORP
Reported Sep 1, 2022

$799.00
Closed

## Overview

You have 0% left to pay on this loan

**Balance: $799.00**

Highest balance:

Monthly Payment Amount          $0.00

Current Payment Status          Collection/Charge-off

Amount Past Due                 $799.00

## Account details

Account Number                  ...6730

Account Status                  Charge Off

# EXHIBIT D



## LAW OFFICES OF
## ROBERT S. GITMEID & ASSOC., PLLC

January 18, 2024

**VIA CERTIFIED MAIL**
Transunion Consumer Solutions                    Equifax Information Services, LLC
P.O. Box 2000                                     P.O. Box 740256
Chester, PA 19016                                 Atlanta, GA 30374-0256

Experian
P.O. Box 4500
Allen, TX 75013

    Re:    Kelvin Clark
    Creditor:  Conn Credit Corporation d/b/a Conn Appliances, Inc.
    Account No.: Ending in 6730

Dear Sir and/or Madam,

  Please be advised that the office was retained to represent Kelvin Clark with respect to his claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

  On or about September 16, 2021, Mr. Clark, and Andreu, Palma, Lanvin & Solis PLLC, on behalf of Conn Credit Corporation d/b/a Conn Appliances, Inc. ("Conns") entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Mr. Clark was required to make monthly payments totaling $1,815.00 to settle and close his Conns account. Mr. Clark, via his debt settlement representative, timely made the requisite settlement payments. A paid in full letter is attached herein for your review.

  However, over a year later, Mr. Clark's account continues to be negatively reported. In particular, on a requested credit report dated December 20, 2023, Mr. Clark's account was reported with a status of "Charge Off", a balance of $799.00, and a past due balance of $799.00. The relevant portion of Mr. Clark's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

  Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

  Thank you for your prompt attention to the important matter.

            Very truly yours,

            Allayah Chirinos
            Paralegal
            Law Offices of Robert S. Gitmeid
            & Associates, PLLC.
            Allayah.c@gitmeidlaw.com
            (866) 249 1137

Tel (866) 249-1137  30 Wall Street, 8th Floor #741, New York, NY 10005  Fax (877) 366-4747
www.GitmeidLaw.com

# ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ACCOUNT DETAILS:**

Firm File Number:
2154000484

Original Creditor:

Current Creditor:
CONN APPLIANCES, INC.

Debtor:
KELVIN L CLARK

Balance:
$2,749.13

## SETTLEMENT LETTER                 DATE: September 16, 2021

Dear ███████

This will confirm our arrangement to accept payments toward this account provided that they are regularly made herein'. The sum of $1,815.00 shall be paid as what is listed in Exhibit A until paid in full. This letter is contingent on the clearance of all payments made towards the settlement. If any payments made as part of the settlement fail to clear, this agreement will be null and void.

Please include the file number on all correspondence and payments made to ensure proper handling and crediting to the account.

Upon receipt of your final settlement payment, plus a 15-day waiting period to ensure funds are not returned as non-sufficient, your account will be settled for less than the full balance.

Thank you for your cooperation in this matter. If you have any questions or wish to discuss this matter in further detail, please feel free to contact me.

Sincerely,

ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ATTORNEYS:**

Juan G. Andreu, Esq.
*Licensed in FL
Richard A. Russell, Esq.
*Licensed in FL, GA, UT & NV
Giancarlo Olano-Lavergne, Esq.
*Licensed in FL & PR
Kristina Moehle, Esq.
*Licensed in FL, NJ & NY
Connell A. Loftus, Esq.
*Licensed in VA & DC
** Of Counsel

**OFFICE ADDRESSES:**

815 NW 57TH AVE., STE. 401
MIAMI, FL 33126-2363

887 DONALD ROSS RD
JUNO BEACH, FL 33408

p. (877) 631-0174
f. (800) 391-2178

email:
HELP@AndreuPalma.com

**Agents of the firm speak
English and Spanish



Feel free to contact our Law Firm to discuss the account:

( **(877) 631-0174** )

IF YOU PREFER TO COMMUNICATE REGARDING THIS DEBT VIA EMAIL, SEND AN EMAIL TO
HELP@ANDREUPALMA.COM

CALLS TO AND FROM ANDREU, PALMA, LAVIN & SOLIS, PLLC, MAY BE MONITORED AND RECORDED
THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**\*2154000484\***

I HEREBY ACKNOWLEDGE THIS PAYMENT ARRANGEMENT AND AGREE THAT THE AMOUNT LISTED ABOVE IS VALIDLY OWED.  I FURTHER AGREE TO MAKE THE PAYMENTS AS OUTLINED ABOVE.

_____

KELVIN L CLARK

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# EXHIBIT A

---

This is your payment schedule.

**We strongly encourage setting up automatic payments in order to avoid potential default.**

→Feel free to contact our office for help or questions at **(877) 631-0174 or (877) 229-5972.**

→You can make payments online by going to **www.andreupalma.com**

→You can email us any time at **HELP@andreupalma.com**

**ADDRESS:  ANDREU & PALMA - 887 Donald Ross Road, Juno Beach, FL 33408**

---

| PAYMENT # | AMT | DUE DATE |
|---|---|---|
| 1 | $50.00 | 9/30/2021 |
| 2 | $50.00 | 10/25/2021 |
| 3 | $171.00 | 11/25/2021 |
| 4 | $171.00 | 12/25/2021 |
| 5 | $171.00 | 1/25/2022 |
| 6 | $171.00 | 2/25/2022 |
| 7 | $171.00 | 3/25/2022 |
| 8 | $171.00 | 4/25/2022 |
| 9 | $171.00 | 5/25/2022 |
| 10 | $171.00 | 6/25/2022 |
| 11 | $171.00 | 7/25/2022 |
| 12 | $176.00 | 8/25/2022 |

TOTAL NUMBER OF PAYMENTS     12
TOTAL AMOUNT OF PAYMENTS    $1,815.00

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

 **ANDREU, PALMA, LAVIN & SOLIS, PLLC**

**ACCOUNT DETAILS:**

Firm File Number:
**2154000484**

Creditor:
**Conn Appliances, Inc.**

Account Number:
**XXXXX6730**

Debtor:
**KELVIN L CLARK**

## SETTLED IN FULL ACKNOWLEDGEMENT DATE: September 9, 2022

Dear ▮▮▮▮▮▮▮▮

This letter is to confirm that the account listed above has been settled for less than the full balance.

In view of the foregoing, we have closed our file, marked our records accordingly and have forwarded this information on to our client. Please retain a copy of this letter for your records as acknowledgment of the debt being satisfied. This letter is contingent on the clearance of all payments made towards the settlement. If any payments made as part of the settlement fail to clear, this agreement will be null and void.

Thank you for your cooperation.

Sincerely,

ANDREU, PALMA, LAVIN & SOLIS, PLLC

**ATTORNEYS:**

Juan G. Andreu, Esq.
*Licensed in FL
Richard A. Russell, Esq.
*Licensed in FL, GA, UT & NV
Giancarlo Olano-Lavergne, Esq.
*Licensed in FL & PR
Kristina Moehle, Esq.
*Licensed in FL, NJ & NY
Sharon J. Walker, Esq.
*Licensed in FL & GA
Connell A. Loftus, Esq.
*Licensed in VA & DC
** Of Counsel

**OFFICE ADDRESSES:**

815 NW 57TH AVE., STE. 401
MIAMI, FL 33126-2363

887 DONALD ROSS RD
JUNO BEACH, FL 33408

p. (877) 631-0174
f. (800) 391-2178

email:
HELP@AndreuPalma.com

**Agents of the firm speak English and Spanish



IF YOU PREFER TO COMMUNICATE REGARDING THIS DEBT VIA EMAIL, SEND AN EMAIL TO
HELP@ANDREUPALMA.COM

CALLS TO AND FROM ANDREU, PALMA, LAVIN & SOLIS, PLLC, MAY BE MONITORED AND RECORDED
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.



## Credit report

Provided by

Report date: Dec 28, 2023.



## Personal info

| Reported names | Kelvin L Clark | Addresses | Date reported |
|---|---|---|---|

DOB

SSN

Employment info



## Account summary



## Accounts



LOANS/ACCOUNT/LOAN
Reported: Sep 1, 2022

$799.00
Closed

### Overview

You have 0% left to pay on this loan.

**Balance: $799.00**                      Highest balance:

Monthly Payment Amount                           $0.00

Current Payment Status                    Collection/Charge-off

Amount Past Due                                $799.00

### Account details

Account Number                                  6730

Account Status                               Charge Off

# EXHIBIT E

## Credit report



## Personal info

| Reported names | Kelvin Leonard Clark | Kelvin L Clark<br>Kevin L Clark | Kelvin L Clark<br>Leonard K Clark<br>Calvin Clark<br>Clark Kelvin |



## Account summary



